UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:
Carolyn B Cornelius
   Debtor(s).

Case No.  12-11272-LMI
Chapter 11 Case

**DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, FOR CARRINGTON MORTGAGE LOAN TRUST, SERIES 2005-NC3 ASSET BACKED PASS-THROUGH CERTIFICATES MOTION TO REOPEN CHAPTER 11 CASE AND REQUEST FOR WAIVER OF REOPEN FEE DUE TO DEFAULT IN PLAN**

**COMES NOW**, **DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, FOR CARRINGTON MORTGAGE LOAN TRUST, SERIES 2005-NC3 ASSET BACKED PASS-THROUGH CERTIFICATES**, its Successors and/or Assigns ("Secured Creditor"), by and through its undersigned counsel, as and for its Motion to Reopen Chapter 11 Case and Request for Waiver of Reopen Fee Due to Default in Chapter 11 Plan, and states as follows:

1. The Debtor(s) filed a voluntary petition pursuant to Chapter 11 of the Bankruptcy Code on January 18, 2012.

2. Secured Creditor holds a security interest in the Debtor(s)' real property located at 2585 NE 183rd St., Miami, FL 33160, by virtue of a Mortgage which is recorded in the Public Records of  County, Florida in Book 23881, at Page 3611. Said Mortgage secures a Note in the amount of $312,000.00. The aforementioned Mortgage gives Secured Creditor a first mortgage position on property legally described as:

**LOT 6 IN BLOCK 1 OF OJUS PARK, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 14, AT PAGE 47, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.**

**Commonly Known as: 2585 NE 183rd St., Miami, FL 33160**

3. Per the terms of Debtor's confirmed Chapter 11 Plan of Reorganization (Doc. No. 222) and the Agreed Order Granting Debtor's Motion to Determine Secured Status (Doc. No. 82), payments to Secured Creditor should be as follows:

    a. $227,720.00 as of the date this action was filed at 5.25% with payments in the amount of $2,159.40 for months 1-60 and $1,830.59 for months 61-96; and

    b. Escrow Payments towards Escrow Shortage in amount of $19,728.42;

4. On June 29, 2016, the Court entered an Order Granting Debtor's Motion to Administratively Close Bankruptcy Case Prior to Entry of Order of Discharge, subject to reopening for entry of a Chapter 11 Discharge and Final Decree (Doc. No. 270).

5. Per paragraph 6 of the Order Granting Debtor's Motion to Administratively Close Bankruptcy Case Prior to Entry of Order of Discharge (Doc. No. 270), a motion to reopen may be filed to enforce the terms of the Plan and Confirmation Order, and "[a]ny Clerk of Court fees associated with the filing of the motion to reopen shall be waived."

6. Payments pursuant to the confirmed Chapter 11 Plan have been in default, and remain in default, since August 1, 2019. The total amount of arrearage towards the escrow shortage is $7,562.45. The post-petition delinquent payments are from August 1, 2019 through April 1, 2020 in the amount of $19,434.51.

7. Secured Creditor's security interest in the subject property is being significantly jeopardized by the Debtor(s)' failure to make regular payments under the subject loan documents while Secured Creditor is prohibited from pursuing lawful remedies to protect such security interest.

8. Accordingly, Secured Creditor seeks entry of an Order reopening the above case for the limited purpose of obtaining a ruling on its Motion for Relief from the Automatic Stay (Doc. 281).

9. Furthermore, Secured Creditor respectfully requests the Court waive the reopen fee for purposes of enforcing the terms of the Confirmed Chapter 11 Plan.

**WHEREFORE**, Secured Creditor respectfully requests that the Court reopen the Chapter 11 Case to allow Secured Creditor's Motion for Relief from Stay to be heard, waive the reopening fee, and for such other further relief as the Court may deem just and proper.

Respectfully submitted:

/s/ Alexandra Kalman
Alexandra Kalman
Florida Bar No. 109137
Lender Legal PLLC
Attorney for Secured Creditor
2807 Edgewater Drive
Orlando, FL 32804
Phone: (407) 730-4644
Fax: (888) 337-3815
akalman@lenderlegal.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Motion to Reopen Case and Waive Reopen Fee was either sent electronically or by U.S. mail, first-class postage pre-paid, to:

Chad T Van Horn, Esq.
330 N Andrews Ave #450
Ft Lauderdale, FL 33301
954-765-3166
Fax : 954-756-7103
Email: Chad@cvhlawgroup.com

Daniel A Velasquez, Esq.
Latham, Luna, Eden & Beaudine, LLP
111 N. Magnolia Ave., Ste 1400
Email: dvelasquez@lathamluna.com

Ariel Rodriguez
Office of the US Trustee
51 SW 1 Ave #1204
Miami, FL 33130
Email: ariel.rodriguez@usdoj.gov

Carolyn B Cornelius
2575 NE 183rd St.
Miami, FL 33160
(US MAIL)

U.S. Trustee, Office of the US Trustee
51 S.W. 1st Ave., Suite 1204
Miami, FL 33130
(US MAIL)

On April 21, 2020

Respectfully submitted:
/s/ Alexandra Kalman
Alexandra Kalman
Florida Bar No. 10937
Lender Legal PLLC
Attorney for Secured Creditor
2807 Edgewater Drive
Orlando, FL 32804
Phone: (407) 730-4644
Fax: (888) 337-3815
akalman@lenderlegal.com